*The Honorable Ronald B. Leighton*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LEVI BUSSANICH, et al.<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>ADULT VIDEO ONLY, et al.<br><br>　　　　　　　　Defendants. | Case No. 3:16-CV-5231 RBL<br><br>ORDER ON MOTION TO DISMISS |

This matter having come before the Court on Defendants' Motion to Dismiss and the Court having reviewed the Motion and Declaration of Allen M. Ressler and being otherwise duly apprised, Defendants' Motion to Dismiss is hereby GRANTED.

DATED on March 27, 2017.

_____
Judge Ronald B. Leighton

Presented on March 1, 2017

_____
Allen M. Ressler, WSBA #5330

_____
(PROPOSED) ORDER ON MOTION TO DISMISS - 1

LAW OFFICES OF
RESSLER & TESH
 PENTHOUSE SUITE
821 SECOND AVENUE
SEATTLE, WA 98104